**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1572**

EDGAR A. HILL,

            Plaintiff - Appellant,

      v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

            Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  Glen M. Williams, Senior District Judge.  (2:06-cv-00032-GMW)

Submitted:  June 30, 2008              Decided:  July 25, 2008

Before TRAXLER and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joseph E. Wolfe, Norton, Virginia, for Appellant. Michael McGaughran, Regional Chief Counsel, William B. Reeser, Supervisory Attorney, Craig B. Ormson, Special Assistant United States Attorney, Philadelphia, Pennsylvania; John L. Brownlee, United States Attorney, Sara Bugbee Winn, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edgar A. Hill appeals the district court's order affirming the Commissioner's decision to deny disability benefits. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have thoroughly reviewed the parties' briefs, administrative record, and the materials submitted in the joint appendix, and find no reversible error. Accordingly, we affirm. Hill v. Astrue, No. 2:06-cv-00032-GMW (W.D. Va. Apr. 19, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED